IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TEWAN WILSON, # 297093,          )
                                 )
            Petitioner,          )
                                 )
v.                               )          CASE NO. 3:15-CV-192-WKW
                                 )               [WO]
JAY JONES, *et al.*,             )
                                 )
            Respondents.         )

## ORDER

On June 8, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 15.)  On June 23, 2015, Petitioner Tewan Wilson filed an objection.  (Doc. # 20.)  The court has conducted an independent and *de novo* review of the Recommendation to which the objection is made.  *See* 28 U.S.C. § 636(b).

Upon consideration of the Magistrate Judge's Recommendation and Mr. Wilson's Objection, it is ORDERED that:

1.      Mr. Wilson's Objection (Doc. # 20) is OVERRULED;

2.      The Recommendation (Doc. # 15) is ADOPTED.

3.      The petition for writ of habeas corpus is DISMISSED because this court is without jurisdiction to consider Mr. Wilson's challenge to his expired Lee County harassment conviction and sentence.

DONE this 25th day of June, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE